JOHN BALAZS, Bar No. 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
Jose Luis Valencia Mendoza

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-cr-408-TLN |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE RE-SENTENCING |
| ) | |
| v. ) | |
| ) | Date: October 10, 2013 |
| JOSE LUIS VALENCIA-MENDOZA, ) | Time: 9:30 a.m. |
| ) | Hon. Troy L. Nunley |
| Defendant. ) | |
| _____ ) | |

    Defendant, Jose Luis Valencia Mendoza, by and through his undersigned counsel and the United States, by and through its undersigned counsel, stipulate and request that the re-sentencing currently set for October 10, 2013 at 9:30 a.m. be vacated and continued to October 31, 2013 at 9:30 a.m.

    Defense counsel will be in Fresno on October 10, 2013 and needs additional time to consult with his client.

// // //

// // //

// // //

// // //

Respectfully submitted,

DATE: September 30, 2013        /s/ John Balazs
                                JOHN BALAZS
                                Attorney for Defendant
                                JOSE LUIS VALENCIA MENDOZA


DATE: September 30, 2013        BENJAMIN B. WAGNER
                                United States Attorney

                                /s/   Michael McCoy
                                MICHAEL McCOY
                                Assistant U.S. Attorney

---

**ORDER**

IT IS SO ORDERED.

DATE:   October 1, 2013

_____
Troy L. Nunley
United States District Judge