JOHN BALAZS, Bar No.157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
JOSE LUIS VALENCIA MENDOZA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09-cr-0408-TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE |
| v. | ) | RE-SENTENCING HEARING |
| | ) | |
| JOSE LUIS VALENCIA-MENDOZA, | ) | Date: November 14, 2013 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Hon. Troy L. Nunley |

Defendant Jose Luis Valencia Mendoza, through his counsel, and the United States, through its counsel, stipulate and request that the resentencing hearing set for October 31, 2013 be vacated and continued to November 14, 2013, at 9:30 a.m.. The reason for the request is that defense counsel needs additional time to consult with his client and prepare for resentencing.

1

Respectfully submitted,

Dated: October 22, 2013             /s/ John Balazs
                                    JOHN BALAZS

                                    Attorney for defendant
                                    JOSE LUIS VALENCIA-MENDOZA


                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: October 22, 2013     By:     /s/  Michael McCoy
                                    MICHAEL McCOY
                                    Assistant U.S. Attorney


## **ORDER**

IT IS SO ORDERED.

Dated: October 23, 2013

                                    _____
                                    Troy L. Nunley
                                    United States District Judge