JOHN BALAZS, Bar No.157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
JOSE LUIS VALENCIA MENDOZA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   2:09-cr-0408-TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE |
| v. | ) | RE-SENTENCING HEARING |
| | ) | |
| JOSE LUIS VALENCIA-MENDOZA, | ) | Date: December 12, 2013 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Hon.   Troy L. Nunley |

Defendant Jose Luis Valencia Mendoza, through his counsel, and the United States, through its counsel, stipulate and request that the resentencing hearing set for November 14, 2013 be vacated and continued to December 12, 2013.  The reason for the request is that the parties are attempting a resolution of this matter and defense counsel also needs additional time to consult with his client and prepare for resentencing.

1

Respectfully submitted,

Dated: November 8, 2013        /s/ John Balazs
                               JOHN BALAZS

                               Attorney for defendant
                               JOSE LUIS VALENCIA-MENDOZA


                               BENJAMIN B. WAGNER
                               United States Attorney

Dated: November 8, 2013    By: /s/ Michael McCoy
                               MICHAEL McCOY
                               Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.

Dated: November 12, 2013

_____
Troy L. Nunley
United States District Judge